IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00520-WYD-MJW

WILLIAM FRED WAGNER, JR.,

    Plaintiff,

v.

CITY OF COMMERCE CITY, COLORADO,
CITY OF COMMERCE CITY, COLORADO POLICE DEPARTMENT,
(FNU) LEAKE, Commerce City, CO, Police Officer,
(FNU) MCCOY, Commerce City, CO, Police Officer
(FNU) ANDERSON, Commerce City, CO, Police Officer,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 5 2006

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: May 1, 2006

BY THE COURT:

*Wiley Y. Daniel*
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00520-WYD-MJW

William Fred Wagner, Jr.
Prisoner No. 92261
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

US Marshal Service
Service Clerk
Service forms for: City of Commerce City,
Police Department of Commerce City,
FNU Leake, FNU McCoy, and FNU Anderson

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the US Marshal Serive for service of process on City of Commerce City, Police Department of Commerce City, FNU Leake, FNU McCoy, and FNU Anderson: COMPLAINT FILED 3/23/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/5/06 .

                                                GREGORY C. LANGHAM, CLERK

                                                By: _____
                                                            Deputy Clerk