IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00520-WYD-MJW

WILLIAM FRED WAGNER, JR.,

Plaintiff,

v.

CITY OF COMMERCE CITY, COLORADO, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Rule 16 Scheduling/Planning Conference set for August 1, 2006, at 9:30 a.m. is VACATED. It is further

ORDERED that the Defendants' Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Prisoner Complaint, which was filed on June 12, 2006 (Docket No. 18), is granted, and the defendants shall thus have up to and including July 5, 2006, to answer or otherwise respond to the Complaint. It is further

ORDERED that the plaintiff's Motion for Waiver of Partial Filing Fee Service, which was filed on April 21, 2006 (Docket No. 4), and the plaintiff's Motion for Waiver of Partial Filing Fee for May 2006, which was filed on May 31, 2006 (Docket No. 14), are granted, and the plaintiff is not required to make a partial filing fee for the months of April and May 2006.

Date: June 13, 2006