IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00520-WYD-MJW

WILLIAM FRED WAGNER, JR.,

Plaintiff,

v.

CITY OF COMMERCE CITY, COLORADO, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion for Waiver of Partial Filing Fee for May 2006, which was filed on June 28, 2006, (Docket No. 21), is GRANTED. The plaintiff is not required to make a partial filing fee for the months of May, 2006.

Date: June 13, 2006