IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00520-WYD-MJW

WILLIAM FRED WAGNER, JR.,

Plaintiff,

v.

CITY OF COMMERCE CITY, COLORADO, et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that plaintiff's Motion for Waiver of Partial Filing Fee for July 2006, which was filed on August 31, 2006 (Docket No. 30), is **GRANTED**.  The plaintiff is not required to make a partial filing fee for the month of July 2006.  It is further

**ORDERED** that in the future, should plaintiff wish to file a similar statement concerning his prisoner account and inability to submit his monthly partial filing fee, he shall do so **not in the form of a motion** but instead in the form of a statement to establish good cause for not paying his monthly partial filing fee.

Date: September 1, 2006

---