IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00520-WYD-MJW

WILLIAM FRED WAGNER, JR.

      Plaintiff,

v.

CITY OF COMMERCE CITY, COLORADO
CITY OF COMMERCE CITY, COLORADO POLICE DEPARTMENT
(FNU) LEAKE, COMMERCE CITY, CO POLICE OFFICER,
(FNU) MCCOY, COMMERCE CITY, CO POLICE OFFICER,
(FNU) ANDERSON, COMMERCE CITY, CO POLICE OFFICER,

      Defendants

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss the Case without Prejudice [Docket #39], filed January 17, 2007.  The Motion seeks a dismissal of the case without prejudice.  Defendants' filed a Response to Plaintiff's Motion [Docket # 41], wherein they assert Defendants have no objection to Plaintiff's Motion. After a careful review of the Motion and the file, I conclude that the Motion should be approved and the case dismissed.  Accordingly, it is

ORDERED that Plaintiff's Motion to Dismiss the Case without Prejudice is **GRANTED** and this matter is **DISMISSED WITHOUT PREJUDICE**, with the parties to pay their own attorney fees and costs.

      Dated:  January 31, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge